IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MARC REICHBART,<br><br>Plaintiff,<br><br>v.<br><br>THE NEIMAN MARCUS<br><br>GROUP, LLC., et al.,<br><br>Defendants. | CV-24-154-BU-BMM<br><br>**ORDER** |

Defendant Neiman Marcus Group, LLC, (NM) has moved for an order allowing Neil K. Gilman, Esq., and Perie Reiko Koyama to appear *pro hac vice* in this case with Pamela C. Garman, Esq., designated as local counsel. (Docs. 23 and 24.) The application of Mr. Gilman and Mr. Koyama appear to be in compliance with L.R. 83.1(d). **IT IS ORDERED**: NM's motion to allow Mr. Gilman and Mr. Koyama to appear in this Court (Docs. 23 and 24) are **GRANTED**, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Mr. Gilman and Mr. Koyama must do their own work. They must do their own writings, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. The Applicant Attorneys shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Gilman and Mr. Koyama, not the law firm they work for.

6. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Mr. Gilman and Mr. Koyama must file, within fifteen (15) days from the date of this Order, an acknowledgment an acceptance of his admission under the terms set forth above.

DATED this 24th day of October, 2024.

_____
Brian Morris, Chief District Judge
United States District Court