# IN THE UNITED STATE DISTRCIT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | Cause No. 2:24-MD-03126-BMM |
| This Document relates to Defendant **Neiman Marcus Group LLC only** | **ORDER** |

Plaintiffs filed a Joint Notice of Settlement and Motion to Stay All Deadlines Pending Approval of Class Action Settlement on February 3, 2025. (Doc. 318) Good cause appearing,

IT IS ORDERED that the Joint Notice of Settlement and Motion to Stay All Deadlines Pending Approval of Class Action Settlement is GRANTED. All deadlines i**nvolving Defendants Neiman and Neiman Marcus Group LLC** are stayed pending the filing of Plaintiffs' Motion for Preliminary Approval and thereafter Plaintiffs' Motion for Final Approval of the settlement.

DATED this 3rd day of February, 2025.

_/s/ Brian Morris_
Brian Morris, Chief District Judge
United States District Courts